950

No. 73–6562.  PERRIN v. OREGON STATE BOARD OF HIGHER EDUCATION.  Ct. App. Ore.  Certiorari denied.

No. 73–6582.  BERARD v. VERMONT.  Sup. Ct. Vt. Certiorari denied.

No. 73–6584.  LUCIEN v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 73–6585.  NICHOLS v. CLANON, PENITENTIARY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 73–6590.  McCOY ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 73–6620.  KING v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 73–6644.  JOHNSON v. COX, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 73–6647.  RANKIN v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 73–6652.  McCROSSEN ET AL. v. UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 73–6654.  SANGSTER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–6688.  KAPLAN v. ASSOCIATED-EAST MORTGAGE Co.  Sup. Ct. N. J.  Certiorari denied.

No. 73–1062.  ROSNER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied without prejudice for the United States District Court for the Southern District of New York to consider a motion for a new trial.